## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC., and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III,** | ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) ) |
| **CROSBY YACHT YARD, INC.** | ) |
| **Defendant.** | ) ) |

**Civil Action No. 05-10203-WGY**

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendant, Crosby Yacht Yard, Inc., in the above-entitled action.

By its attorney,

/s/ Seth S. Holbrook_____
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

## Certificate of Service

I hereby certify that on March 9, 2005, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Heather E. Davies, McDonough, Hacking & Lavoie, LLP, 6 Beacon Street, Suite 815, Boston, Massachusetts  02108.

/s/ Seth S. Holbrook_____
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com