# McDONOUGH, HACKING & LAVOIE, LLP

COUNSELLORS AT LAW
6 BEACON STREET, SUITE 815
BOSTON, MASSACHUSETTS 02108

website: www.mhnattys.com

Heather E. Davies, Esq.
Direct Dial: (617) 367-3822
email: hdavies@mhnattys.com

Telephone 617-367-0808
Facsimile 617-367-8307

March 10, 2005

Via Electronic Filing
Clerk's Office, Civil Division
U.S. District Court
for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re:   Oyster Harbors Marine Business Trust, as successor in interest to,
      Oyster Harbors Marine, Inc. and
      Hanover Insurance Company, as subrogee of Richard P. McCoy, and
      Glens Falls Insurance Company, as subrogee of, Alfred & Helen Callahan, III
      v. Crosby Yacht Yard
Civil Action No. 05 10203 WHY

Dear Sir/Madam:

Enclosed, for docketing and filing, please find the following documents with respect to the above-captioned matter:

1.   Motion for Consolidation of Actions;
2.   Memorandum In Support of Assented to Motion for Consolidation of Actions; and
3.   Affidavit In Support of Assented to Motion for Consolidation of Actions.

Civil Clerk's Office
March 10, 2005
Page 2

    Thank you for your attention to this matter.

                                                  Very truly yours,

                                                  Heather E. Davies

HED/
Enclosures
Cc:    Deborah A. Crinigan, Esq.
        David J. Daly, Esq.
        Robert E. Kiely, Esq.
        John H. Bruno, Esq.
        Seth S. Holbrook, Esq.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III         Plaintiffs, <br><br> v. <br><br> CROSBY YACHT YARD, INC. <br><br>         Defendant. | CIVIL ACTION NO. <br><br> 05 10203 WHY |

### MOTION FOR CONSOLIDATION OF ACTIONS

Now come the plaintiffs to the above titled action by and through their attorneys, move the Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to consolidate this cause before Judge O'Toole with Civil Action No. 04CV12252 <u>ACE American Insurance Company, et al. v. Crosby Yacht Yard, Inc., et al.</u> and <u>Standard Fire Insurance Company v. Crosby Yacht Yard, Inc.</u> Civil Action No. 04CV12244, and state as grounds for said motion, the following:

    1.    Civil Action No. 04CV12244 and Civil Action No. 04CV12252 are pending before the Honorable Judge O'Toole and have been brought against the same defendant to redress similar injuries;

    2.    The factual distinctions between these cases are very limited and in no way conflict as to make separate trial necessary;

3.  That the pretrial procedure and motions, if any, will be virtually identical in each case, and there are common questions of law and fact;

4.  That in the interest of judicial economy and the avoidance of costs and delay these causes should be consolidated;

5.  That all plaintiffs to the three cases have assented to consolidation.

6.  The motion should be permitted for the reasons set forth in the attached memorandum.

WHEREFORE, the plaintiffs in all three actions and counsel for defendant, Oyster Harbors Marine, Inc. request that this case be consolidated before Judge O'Toole with Civil Action No. 04CV12244 <u>Standard Fire Insurance Company v. Crosby Yacht Yards, Inc., et al.</u> and Civil Action No. 04CV12252 <u>ACE American Insurance Company, et al. v. Crosby Yacht Yard, Inc., et al.</u>

ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company and Northern Insurance Company
By their attorney.

_David J. Daly (HED)_
David J. Daly, Esquire
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
(781) 237-0600

Standard Fire Insurance Company, Inc.
By its attorney.

_Robert E. Kiely (HED)_
Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

Oyster Harbors Marine, Inc.
By its attorney.

_John H. Bruno (HED)_
John H. Bruno, II, Esquire
Masi & Bruno
125 Long Pond Road, Unit 11
Plymouth, MA 02360
(508) 747-5277

Oyster Harbor Marine Business Trust, Hanover
Insurance Company, and Glens Falls Insurance
Company
By their attorney.

*/s/ Heather E. Davies*

Heather E. Davies, Esquire
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA  02108
(617) 367-0808

-3-

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CROSBY YACHT YARD, INC.<br>　　　　　　　　　　Defendant. | CIVIL ACTION NO.<br><br>05 10203 WHY |

**MEMORANDUM IN SUPPORT OF**
**ASSENTED TO MOTION FOR CONSOLIDATION OF ACTIONS**

The plaintiffs, Oyster Harbors Marine Business Trust, Hanover Insurance Company, and Glens Falls Insurance Company together with plaintiffs, ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company, Northern Insurance Company and Standard Fire Insurance Company, hereby submit the following memorandum in support of the motion that three pending cases (04CV12244, 04CV12252, and 05CV10203) be consolidated before Judge O'Toole for all purposes.

All three civil actions arise out of a fire that occurred on or about December 10, 2003 in Osterville, Massachusetts. All of the plaintiffs in Civil Action No. 04CV12244 and 04CV12252 are insurance companies that indemnified their insured boat owners for damages caused by the fire. Two of the plaintiffs in the above-captioned matter are insurance companies that similarly indemnified their insured boat owners for damages allegedly caused by the fire. The third plaintiff is Oyster Harbors Marine Business Trust, the marina adjacent to Crosby Yacht Yard,

-2-

who also sustained property damages caused by the fire's spread to its premises. Defendant, Crosby Yacht Yard, Inc. is a defendant in all three cases. Oyster Harbors Marine Business Trust is a plaintiff in this case and a defendant in Civil Action No. 04CV12244 and Civil Action No. 04CV12252. Essentially, the issues of law and fact in all three cases are identical.

Federal Rule of Civil Procedure 42(a) provides that the Court may consolidate pending cases involving a common issue of law or fact.[1] Rule 42(a) was designed to encourage consolidation wherever possible, in the interest of judicial economy. See United States v. Knauer, 149 F.2d 519, 520 (7th Cir. 1945); Viccaro v. Moore-McCormick Lines, Inc., 64 F.R.D. 395, 397 (SDNY 1974). When considering the consolidation of cases, courts exercise a broad discretion. Knauer, supra at 520. All plaintiffs submit that the consolidation of the three pending cases will promote the interest of judicial economy and will also avoid the possibility of inconsistent rulings or findings.

---

[1] Fed. R.Civ.P. 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the Court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay."

-3-

WHEREFORE, the parties ask that the Motion to Consolidate for all purposes be granted by the Court.

Respectfully submitted,

ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company and Northern Insurance Company
By its attorney.

_/s/ David J. Daly (HED)_
David J. Daly, Esquire
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
(781) 237-0600

Standard Fire Insurance Company, Inc.
By its attorney.

_/s/ Robert E. Kiely (HED)_
Robert E. Kiely, Esquire
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

Oyster Harbor Marine Business Trust, Hanover Insurance Company, and Glens Falls Insurance Company
By their attorney.

_/s/ Heather E. Davies_
Heather E. Davies, Esquire
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

Oyster Harbors Marine, Inc.
By its attorney.

_/s/ John H. Bruno (HED)_
John H. Bruno, II, Esquire
Masi & Bruno
125 Long Pond Road, Unit 11
Plymouth, MA 02360
(508) 747-5277

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III <br>　　　　　　　　Plaintiffs, <br><br> v. <br><br> CROSBY YACHT YARD, INC. <br><br>　　　　　　　　Defendant. | CIVIL ACTION NO. <br><br> 05 10203 WHY |

**AFFIDAVIT IN SUPPORT OF ASSENTED-TO MOTION
FOR CONSOLIDATION OF ACTIONS**

Heather E. Davies, Esquire, being duly sworn, deposes and says:

1. I represent the plaintiffs in the above-entitled case.

2. Said action was brought on the 1st of February, 2005.

3. On the 25th of October, 2004, C.A. No. 04CV1224 was filed by plaintiff, Standard Fire Ins. Co. and C.A. No. 04CV12252 was filed by plaintiff, Ace American Ins. Co. against the same defendant and against Oyster Harbors Marine, Inc.

4. Each of the above-entitled actions is now pending in this Court.

5. Each of the said actions arose out of the same fire that is alleged to have occurred on defendant, Crosby Yacht Yard's premises.

6. The issues in all 3 of these actions arose out of the same transactions and/or are based upon the same facts, in that all of the plaintiffs are insurers seeking recovery of moneys paid to their insureds, allegedly as the result of the fire, which fire is alleged to have occurred on the premises of the defendant, Crosby Yacht Yard, and to have been caused by, *inter alia*, the negligence of the defendant.

-2-

7    Plaintiff, Oyster Harbor Marine Business Trust claim for property damages against Crosby Yacht Yard arises out of the fire

8.   Each of said actions involves a common question of law and/or facts.

9.   Considerable time and expense will be saved by the consolidation of the three actions.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS 10th DAY OF MARCH, 2005

Heather E. Davies, Esquire
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA  02108
(617) 367-0808

Commonwealth of Massachusetts
County of Suffolk
Subscribed and sworn to before me this
10 day of March, 2005.

Notary Public

My Commission expires: 7/28/2006