UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

OYSTER HARBORS MARINE BUSINESS
TRUST, as successor in interest to,
OYSTER HARBORS MARINE, INC.
and
HANOVER INSURANCE COMPANY,
as subrogee of, RICHARD P. MCCOY,
and
GLENS FALLS INSURANCE COMPANY,
as subrogee of, ALFRED & HELEN
CALLAHAN, III

              Plaintiffs,

v.

CROSBY YACHT YARD, INC.

              Defendant.

CIVIL ACTION NO.
05 10203 WGY

**PLAINTIFFS' MOTION FOR ADMISSION
PRO HAC VICE OF DEBORAH A. CRINIGAN, ESQUIRE
PURSUANT TO LOCAL RULE 83.5.3**

Heather E. Davies, Esquire, of McDonough, Hacking & Lavoie, LLP, attorney for the Plaintiffs, Oyster Harbors Marine Business Trust, Hanover Insurance Company, and Glens Falls Insurance Company, respectfully moves this Honorable Court pursuant to Local Rule 83.5.3 for an order admitting Deborah A. Crinigan, Esquire, *pro hac vice* in this matter and in support thereof states the following:

1. The undersigned is an associate with the law firm of McDonough, Hacking & Lavoie, LLP in Boston, Massachusetts and is a member in good standing, of the Massachusetts state bar.

2. Deborah A. Crinigan, Esquire is an associate with the law firm of White and Williams LLP in Philadelphia, Pennsylvania. She has been a member in good standing of the New Jersey and Pennsylvania state bars since 1994, and the Florida state bar since 1996.

3. In addition, Ms. Crinigan has been admitted to practice before the following federal courts:

(a) United States District Court for the Eastern District of Pennsylvania;
(b) United States District Court for the District of New Jersey;
(c) United States District Court for the Middle District of Pennsylvania;
(d) United States District Court for the Western District of Pennsylvania;
(e) United States District Court for the Northern District of Florida;
(f) United States District Court for the Middle District of Florida;
(g) United States District Court for the Southern District of Florida;
(h) United States Court of Appeals for the Third Circuit; and the
(i) United States Supreme Court.

4. Deborah Crinigan, Esquire has previously been admitted *pro hac vice* in the United States District Court for the District of Delaware, the United States District Court for the District of Washington, D.C., the United States District Court for the Southern District of Alabama and the United States District Court for the District of Maine.

5. Deborah Crinigan, Esquire is not currently, nor has she ever been under any order of disbarment, suspension or any other disciplinary action in any jurisdiction.

6. Deborah Crinigan, Esquire, has read and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. In further support of this Motion, Plaintiffs rely on Ms. Crinigan's representation to this Court that she intends to abide by and has read the Federal Rules of Civil Procedure and the Local Rules of this Honorable Court; and that she will cooperate to the fullest extent with local counsel to ensure that her participation in this matter will in no way hinder or delay its

prosecution. Ms. Crinigan's Affidavit in Support of this Motion for Admission *pro hac vice* is attached hereto as Exhibit "A."

8.   It is further requested that your Movant's presence at all subsequent proceedings be waived.

WHEREFORE, Plaintiffs, Oyster Harbors Marine Business Trust as successor in interest to, Oyster Harbors Marine, Inc., Hanover Insurance Company, as subrogee of, Richard P. McCoy, and Glens Falls Insurance Company, as subrogee of, Alfred and Helen Callahan, III, respectfully request that this Honorable Court enter an Order in the form attached permitting Deborah A. Crinigan, Esquire to appear *pro hac vice* in the above captioned matter.

**MCDONOUGH, HACKING & LAVOIE, LLP**

By: _____
Heather E. Davies, Esquire
6 Beacon Street, Suite 815
Boston, MA  02108
Telephone (617) 367-0808
Facsimile  (617) 367-8307

Attorney for Plaintiffs, Oyster
Harbor Marine Business Trust,
Hanover Insurance Company, and
Glens Falls Insurance Company

Dated: 3/10/05

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III<br>          Plaintiffs,<br><br>v.<br><br>CROSBY YACHT YARD, INC.<br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF DEBORAH A. CRINIGAN, ESQUIRE
## IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

In support of the foregoing Motion to Appear *Pro Hac Vice*, I, Deborah A. Crinigan on my oath depose and say the following:

1. I am an associate with the law firm of White and Williams LLP, 1800 One Liberty Place, Philadelphia, Pennsylvania 19103 and have been retained to represent Plaintiffs, Oyster Harbor Marine Business Trust, Hanover Insurance Company, and Glens Falls Insurance Company.

2. I have been certified to practice law continuously since 1994 in the Commonwealth of Pennsylvania and the State of New Jersey, and since 1996 in the State of Florida. I am presently a member in good standing of the bar of these three jurisdictions.

3. I have also been admitted to practice in the following federal courts:

DOCS_PH 1696591v1

9. I have read and intend to abide by the Federal Rules of Civil Procedure and the Local Rules of this Honorable Court.

10. I will cooperate to the fullest extent with local counsel, Heather E. Davies, Esquire to ensure that my participation in this matter will in no way hinder or delay its prosecution.

11. I will abide by all requests of this Court and will submit to the disciplinary power of this Honorable Court.

12. As there is no issue of law pertaining to this application, and as a member in good standing of all the state and federal courts referenced above, it is respectfully requested that I, Deborah A. Crinigan, Esquire be admitted *pro hac vice* to appear on behalf of the Plaintiffs, Oyster Harbors Marine, Inc., Hanover Insurance Company, and GlennFalls Ins. Company in this civil action.

WHITE AND WILLIAMS LLP

By: /s/ Deborah A. Crinigan
Deborah A. Crinigan, Esquire
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215)864-7194

Dated: 2/25/05

IN WITNESS WHEREOF, I hereunto set my hand and official seal.   2/25/05

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DONNA M. KOBRYN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2008

My Commission Expires:

-3-

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III<br>　　　　　　Plaintiffs,<br><br>v.<br><br>CROSBY YACHT YARD, INC.<br>　　　　　　Defendant. | CIVIL ACTION NO.<br><br>05 10203 WGY |

## ORDER

AND NOW to wit, this _____ day of _____, 2005, upon consideration of the foregoing Motion for the Admission *Pro Hac Vice* of Deborah A. Crinigan, Esquire to the bar of this Court and any response thereto, it is hereby ORDERED and DECREED that the motion is hereby GRANTED.

IT IS FURTHER ORDERED that Deborah A. Crinigan, Esquire is admitted to appear *pro hac vice* at all proceedings on behalf of the plaintiffs in the above captioned matter and that the presence of Heather E. Davies, Esquire, at all subsequent proceedings is hereby excused and waived.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　J.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OYSTER HARBORS MARINE BUSINESS TRUST, as successor in interest to, OYSTER HARBORS MARINE, INC. and HANOVER INSURANCE COMPANY, as subrogee of, RICHARD P. MCCOY, and GLENS FALLS INSURANCE COMPANY, as subrogee of, ALFRED & HELEN CALLAHAN, III <br>　　　　　　　　Plaintiffs, <br><br> v. <br><br> CROSBY YACHT YARD, INC. <br>　　　　　　　　Defendant. | CIVIL ACTION NO. <br><br> 05 10203 WGY |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion for the Admission *pro hac vice* of Deborah A. Crinigan, Esquire was served, on the 10th day of March 2005 upon the following via first class mail:

Seth S. Holbrook, Esq.
Holbrook & Murphy
150 Federal St., 12th Fl.
Boston, MA 02110

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MCDONOUGH, HACKING & LAVOIE, LLP**

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Heather E. Davies, Esquire
　　　　　　　　　　　　　　　　　　　　6 Beacon Street, Suite 815
　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　Telephone (617) 367-0808
　　　　　　　　　　　　　　　　　　　　Facsimile  (617) 367-8307

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs, Oyster
　　　　　　　　　　　　　　　　　　　　Harbor Marine Business Trust,
　　　　　　　　　　　　　　　　　　　　Hanover Insurance Company, and
　　　　　　　　　　　　　　　　　　　　Glens Falls Insurance Company

Dated: 3/10/05